**Benjamin Robert TAYLOR, an individual, Plaintiff— Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant—Appellee.**

No. 04–15995.

D.C. No. CV–02–01668–JAT.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 13, 2005.

Benjamin Robert Taylor, Chino Valley, AZ, pro se.

Leo R. Montenegro, Esq., Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM **

Benjamin Robert Taylor appeals pro se the district court's summary judgment affirming the decision of the Commissioner of Social Security denying his application for disability insurance benefits. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's decision

---

1. Ms. Hariyani claims refugee status derivatively if asylum is granted to Mr. Hariyani.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

and review for substantial evidence the Commissioner's findings. *Reddick v. Chater*, 157 F.3d 715, 720 (9th Cir.1998). We affirm.

Substantial evidence supports the Commissioner's decision because the record submitted by Taylor's acupuncturist was not based on objective medical findings, and could not establish that Taylor was disabled during the relevant period. *See Bunnell v. Sullivan*, 947 F.2d 341, 345 (9th Cir.1991) (en banc). Because Taylor did not establish he was disabled through acceptable medical sources, his testimony was insufficient to establish his claim. *See id.*

All remaining contentions are unpersuasive.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.